JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE MANUEL GALAN, | Case No. 8:21-cv-02019-CAS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: August 17, 2022

_____
CHRISTINA A. SNYDER
United States District Judge